### 26753. NEWKIRK v. THE STATE.

GUERRY, J. This case is controlled by the decision rendered in *Newkirk* v. *State*, ante, 803.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*